# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 05, 2006

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

FILED by RECORDS D.C.
FEB 1 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Appeal Number: 03-13605-JJ**
Case Style: Andrx Pharmaceuticals v. Elan Corporation
District Court Number: 00-03481 CV-AJ

---

The following record materials in the referenced case are returned herewith:

Sealed

Exhibits - one envelope ~~1PST~~ DE 10

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

94

REC-3 (03-2004)